**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **The Regents of the University of California** | § | |
| **and Eolas Technologies Incorporated,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 6:12-cv-621** |
| | § | |
| | § | |
| **vs.** | § | |
| | § | **JURY TRIAL** |
| **The Walt Disney Company,** | § | |
| **ESPN Internet Ventures, and** | § | |
| **American Broadcasting Companies, Inc.** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs The Regents of the University of California and Eolas Technologies Incorporated ("Plaintiffs") and Defendants The Walt Disney Company, ESPN Internet Ventures, and American Broadcasting Companies, Inc. ("Defendants") file this Joint Motion to Dismiss, requesting that the Court dismiss Plaintiffs' claims against Defendants WITH PREJUDICE with respect to the patents asserted in Plaintiffs' Complaint: United States Patent Nos. 5,838,906, 7,599,985, 8,082,293, and 8,086,662 and dismiss WITHOUT PREJUDICE as to any claims Plaintiffs may have, now or in the future based on any other unasserted patents, including, without limitation, any patents to issue from Application No. 13/292,434, filed November 9, 2011, or related applications.

Because Plaintiffs are voluntarily dismissing, with prejudice, their claims against Defendants for infringement of United States Patent Nos. 5,838,906, 7,599,985, 8,082,293, and 8,086,662, Defendants' claims for declaratory judgment on these patents are moot and should be dismissed as well.

JOINT MOTION TO DISMISS – Page 1

Respectfully submitted,


MCKOOL SMITH, P.C.

/s/  John B. Campbell
Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA AND EOLAS
TECHNOLOGIES, INC.**

/s/ Jennifer H. Doan (with permission)
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM &DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

**ATTORNEYS FOR DEFENDANTS
THE WALT DISNEY COMPANY, ESPN
INTERNET VENTURES, AND
AMERICAN BROADCASTING
COMPANIES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Local Rule CV-5(a)(3)(A).

<u>*/s/ John B. Campbell*</u>
John B. Campbell